## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT PLOSCOWE, | : | Case No.: C-1-01-819 |
| | : | |
| Plaintiff | : | Judge S. Beckwith |
| | : | |
| v. | : | Magistrate T. Hogan |
| | : | |
| KADANT, et al., | : | NOTICE OF APPEARANCE |
| | : | |
| Defendants. | : | |

Now comes James R. Wells of Frost Brown Todd LLC, and enters his appearance in this action on behalf of Defendants Kadant, et al.

Respectfully submitted,

s/_____
James R. Wells (0072669)
FROST BROWN TODD LLC
300 North Main Street, Suite 200
Middletown, Ohio  45042
Tel No. (513) 422-2001
Fax No. (513) 422-3010
E-mail:  jwells@fbtlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2003, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/_____

MidLibrary/113678.1