# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT PLOSCOWE, | : | Case No. C-1-01-819 |
| | : | J. Beckwith |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KADANT, et al. | : | **PLAINTIFF'S DESIGNATION OF** |
| | : | **DEMONSTRATIVE EVIDENCE** |
| Defendants. | : | |

Comes now Plaintiff Robert Ploscowe to provide notice of potential demonstrative evidence. Plaintiff so designates his proposed exhibits numbers 1, 9, and 19.

Respectfully submitted,

/s/ Megan E. Clark
Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 E. Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Megan E. Clark