**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Robert Ploscowe**
    **Plaintiff,**

-vs-                                                                                              Case No.  C-1-01-819

**Kadant, et al.,**

    **Defendants.**

---

### AMENDED JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT [DOCS 11 & 12] ARE **GRANTED** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT [DOC 24].

Date:   September 9, 2003                                             KENNETH J. MURPHY, JR., CLERK

                                                                                            By:s/_____
                                                                                        Tempann Thomas, Deputy Clerk