UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 OCT -9 PM 4:22

U.S. DIST COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| ROBERT PLOSCOWE, | Case No. C-1-01-819 |
| Plaintiff, | J. Beckwith |
| v. | |
| KADANT, et al. | **NOTICE OF APPEAL** |
| Defendants. | |

Plaintiff Robert Ploscowe hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Order entered on September 9, 2003 granting summary judgment in favor of Kadant, et al.

Respectfully submitted,

_/s/ Megan E. Clark_
Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 E. Ninth Street, Fifth Floor
Cincinnati, OH 45202
Phone: (513) 721-1975
Fax: (513) 651-2570

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon Thomas Swope, Esq., and James R. Wells, Esq., Frost Brown Todd LLC, 300 North Main Street, Suite 200, Middletown, OH 45042-1981, by regular U.S. Mail this 9th day of October, 2003.

_/s/ Megan E. Clark_