Thu Oct  9 16:05:28 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 420491
Cashier            kjl

Tender Type   CHECK

Check Number: 12189

Transaction Type   N

DO Code    Div No    Acct
4661         1       086900

Amount                $   105.00

FREKING & BETZ

NOTICE OF APPEAL C-1-01-819


Thu Oct  9 16:05:28 2003

Check No. 12189
Amount$   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661