# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
| **District Court Case No:** 1:01cv819 | Court of Appeals Case No: 03-4341 |
| SHORT CAPTION **ROBERT PLOSCOWE** | |
| | Case Manager: |
| Plaintiff/Petitioner vs. KADANT, et al., | Date Filed: |
| Defendant/Respondent | **FILED** OCT 1 6 2003 LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Sandra S. Beckwith | Anything That Needs Special Attention **Notice of Appeal (doc.#26) appealing Order (doc.#24).** |
| **Court Reporter(s):** | |
| **From Deputy Clerk:** Arthur Hill | |
| **Date:** October 14, 2003 | |
| $105.00 Appeal Filing Fee Paid? **Yes** | |

RECEIVED OCT 1 4 2003 Leonard Green Clerk

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)   Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)   **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **KENNETH J. MURPHY**
United States District Court