UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4341

Filed: January 28, 2005

ROBERT PLOSCOWE

    Plaintiff - Appellant

v.

KADANT; THERMO ELECTRON CORPORATION; KADANT BLACK CLAWSON, INC.

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 1/6/05 the mandate for this case hereby issues today.

No costs taxed

Filing Fee .......... $
Printing ............ $

    Total ........ $

A True Copy.

Attest:

_____
Deputy Clerk

